# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELEV3N, LLC, <br><br> Plaintiff, <br> v. <br><br> VANBEX GROUP, INC. and ETHERPARTY INC., ETHERPARTY SMART CONTRACTS, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-04350- AB |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby Stipulate to the Dismissal With Prejudice of the above-captioned action.

All parties will bear their own costs and fees.

**GROWTHCOUNSEL, LLC**

By: *[signature]*
John A. Kirk, Esquire
PA ID No. 308436
448 N. 10th Street, Suite 301
Philadelphia, PA 19123
Telephone: 512-862-4379
E-Mail: john@growthcounsel.com

Attorney for Plaintiff
Elev3n, LLC

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

By: *[signature]*
Elizabeth S. Gallard, Esquire
PA ID No.: 63258
Two Liberty Place
50 S. 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: 215-851-8418
E-Mail: egallard@eckertseamans.com

Attorneys for Defendants
Vanbex Group, Inc., Etherparty Inc. and
Etherparty Smart Contracts Inc.

Dated: 6/21/18